*United States v. Pedro Melendez*

**21-CR-200-LJV**

# DEFENDANT'S EXHIBIT A

My name is Pedro Melendez I am 28 years old I just want to say writing this letter is difficult I never thought I ever be in this situation. It has almost been 2 years since this journey started, I can positively say I am not the same man I was back then, I have improved myself non-stop Thanks to therapy, my support, and myself. I am happy with who I am today and I am more grounded I have improved my marriage and the bond with my family is Stronger then ever. My family and the new friends have been the Strongest support for me and they continue to make me better.

THE CLASSIC

I am however extremely regretful that it took this situation to get my act together, I am sorry to every one involve in this. It still makes my stomach curl when I see how I was talking and acting. I was very angry and and sad I know that's no excuse but at the time had no way of communicating or expressing it, something I am happy to say I no longer have a issue with anymore. I know I can't change the past but I can still make a better future knowing this journey of improvement and regret will follow me and will only make my ambitions stronger.

I only wish I could be with my family but I know once I'm thru' this chapter is to get back to them and do better.