*United States v. Pedro Melendez*

**21-CR-200-LJV**

# DEFENDANT'S EXHIBIT B

July, 6, 2022

Honorable Judge Vilardo

My name is Yecenia Melendez, I'm 49 years old, I work as a News paper carrier for the Buffalo News, and I'm Pedro Melendez mom.

I have known Pedro all my life for his my son. Pedro has being a good son all his life. Never ever has he given me a problem with the law. This was Sadly I will have to say his first. For which I know he is very regretful. Right up to this day I asked myself what was my son thinking. But I leave it in god hands. I know my son has change a lot because of this problem and his a much better person to himself and others.

One of the good deeds that I have known Pedro for is buying cookies from the girl scouts all time when they in front of WalMart Just to helped them out.

Pedro in the community is known for his sense of humor. My son could take a smile out of me when I'm having the worst of days. And his known for that same ability at work. I know for a fact his a team player. In whatever he can help he will with no problem. That is one of the many things I will missed dearly my son helping me. But time flyes he will be back home.

As a mother you expect your children to do better than you. When I learned of what pedro had done I was shock. I couldn't believe it but I couldn't turn my back on him for he is my son the one I saw when he first came into this world (such a cute baby 9lbs 13ozs, a muscle baby that everyone said he was doing exercises in my gym because he was born with muscles) up to this date got the same body he was born with. But through this ordeal my son has change alot for the better.

He has alot on his shoulders. He tends to worried alot about

his four children (Naomi 9yrs old, Pedro JR 7yr, Bruce 6yrs old, Julianna 2½ yrs old). I tell him don't worry I will looked after them. Is one of the many things that do stressed him.

I pray to the almighty that my son pedro gets treated leniently and with mercy after all we are all humans and not perfect at times we do commit mistakes like my son for his actions for which he is very repentfull.

Thank you

Yecenia Melendez